BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
212-297-0050
Jeanne-Marie Van Hemmen (JV 7654)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
Emirates Trading Agency, LLC            :
:
Plaintiff,        :
:
-against-               :
:
Prime Global Commodities Trading, Ltd.  :
:
Defendant.        :
:
------------------------------------------------------X



**RULE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff identifies the following corporate parent and publicly traded corporations which own at least 10% of its stock: None.

Dated: July 23, 2008

                              BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
                              Attorneys for Plaintiff

                              By _____
                              Jeanne-Marie Van Hemmen (JV 6414)
                              Attorneys for Plaintiff
                              46 Trinity Place
                              New York, New York 10006
                              212-297-0050