BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
212-297-0050
Jeanne-Marie Van Hemmen (JV 6414)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Emirates Trading Agency LLC

          Plaintiff,

    -against-

Prime Global Commodities Trading, Ltd.

          Defendant.
-------------------------------------------------------X

08 CIV 6552

Civ.

## DECLARATION IN SUPPORT OF ORDER
## FOR RULE B MARITIME ATTACHMENT AND GARNISHMENT

JEANNE-MARIE VAN HEMMEN, hereby declares under penalty of perjury as follows:

1.    I am a member of the Bar of this Court and a member of the firm Betancourt, Van Hemmen, Greco & Kenyon LLC, attorneys for Plaintiff herein, and am fully familiar with the facts and circumstances of this case.

2.    This Declaration is made in support of an Order for Issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure. I have made an investigation and believe that defendant Prime Global Commodities Trading, Ltd.("Defendant") has no place of business or office within this District and cannot be found within this District.

3. This belief is based on the following:

    a. A search of the New York Secretary of State's corporate database shows no entry for Defendant in New York;

    c. AT&T's online telephone database has no listing for Defendant in New York;

    d. A general search of the Internet shows no entry for Defendant leading to a belief that it is present in New York and shows that Defendant has an address in the United Kingdom.

WHEREFORE, it is respectfully requested that this Court authorize the issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2008.

_____
Jeanne-Marie Van Hemmen