```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07·29·08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Emirates Trading Agency, LLC

              Plaintiff,

-against-

Prime Global Commodities Trading, Ltd.

              Defendant.

------------------------------------------------------X

08 CIV 6552 Civ.

**ORDER APPOINTING PERSONS**
**TO SERVE RULE B PROCESS**

    **NOW**, upon application of Plaintiff for an Order appointing Gotham Process Servers, or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action to serve a Process of Maritime Attachment and Garnishment with Interrogatories, Order for Issuance of Process of Maritime Attachment and Garnishment, Summons and Verified Complaint herein on garnishees, and it appearing that substantial savings in process and travel fees will result from such appointment, it is hereby:

    **ORDERED** that Gotham Process Servers, or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action, be and hereby are appointed to serve the Process of Maritime Attachment and Garnishment with Interrogatories, Order for Issuance of Process of Maritime Attachment and Garnishment, Summons and Verified Complaint herein on garnishees.

Dated: New York, New York
      July 29, 2008

SO ORDERED:

_____
U. S. D. J.